FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

No. 1D2024-0456

_____

JERRY LEE DUPREE,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition Alleging Ineffective Assistance of Appellate Counsel—
Original Jurisdiction.

August 21, 2024

PER CURIAM.

The Court grants the petition alleging ineffective assistance of appellate counsel and authorizes a belated appeal from the judgment and sentence in Walton County Circuit Court case number 2021-CF-0101. A copy of this opinion shall be provided to the clerk of the lower tribunal for treatment as the notice of appeal. If Petitioner qualifies for appointed counsel, the trial court shall appoint counsel to represent Petitioner on appeal.

B.L. THOMAS, RAY, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jerry Lee Dupree, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.